IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JACOB RAINES,

           Defendant.

Case No. 16-00064-01-CR-W-HFS

**RESTITUTION JUDGMENT**

1. The defendant is sentenced to pay $18,000.00 (eighteen thousand and no cents dollars) as restitution.

2. The victim's name and total loss are listed in Attachment A to this Restitution Judgment.

3. The Court has determined that the defendant does not have the ability to pay interest; therefore, interest is waived.

4. Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

5. Restitution is due and payable immediately and shall be paid in full within 30 days of sentencing. Nnotwithstanding any other provision of this order, the Government may enforce restitution at any time.

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25.00 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

7. Each month the defendant shall pay to the Clerk at least $ 50.00 or 10 percent of

gross monthly income, whichever is greater, commencing 30 days from release from incarceration.

       8.     All payments shall be made to the Clerk of the Court, United States District Court, 400 E. 9th Street, Room 1150, Kansas City, MO 64106.

       9.     The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

       /s/ Howard F. Sachs    .
       HOWARD F. SACHS
       Senior United States District Judge

Dated: November 29, 2017
Kansas City, MO

*United States of America v. Jacob Raines,* Case No. 16-00064-01-CR-W-HFS

## **ATTACHMENT A TO RESTITUTION JUDGMENT**

| Victim | Total Due to Victim |
|---|---|
| Vicky Series Victim payable to:<br>Carol L. Hepburn, P.S. in trust for "Vicky"<br>200 1st Ave, W. suite 550<br>Seattle, Washington 98119-4203 | $2,000.00 |
| Angela Series victim payable to:<br>Lenahan, P.L.L.C., F/B/O "Angela"<br>2655 Villa Creek, Suite 222<br>Dallas, Texas 75234 | $1,800.00 |
| Lighthouse Series Victim payable to:<br>The Law Offices of Sara J. Powell, PLLC<br>In Trust for "Casseaopeia"<br>550 W. Portland St.<br>Phoenix, Arizona 85003 | $1,800.00 |
| At School Series payable to:<br>Carol L. Hepburn in trust for "Violet"<br>200 First Ave West, Suite 550<br>Seattle, Washington 98119 | $1,800.00 |
| Cinderblock series payable to:<br>The Marsh Law Firm, PLLC<br>In Trust for "Jane"<br>P.O. Box 4668 #65135<br>New York, New York 10163-4668 | $2,500.00 |
| 8 Kids series victim payable to:<br>Tanya Hankins in trust for "John Doe IV"<br>The Law Office of Erik L. Bauer<br>215 Tacoma Ave South<br>Tacoma, Washington 98402 | $1,800.00 |
| Sweet Sugar series victim payable to:<br>Deborah A. Bianco in trust for "Pia"<br>14535 Bellevue-Redmond Road, Suite 201<br>Bellevue, Washington 98007 | $1,800.00 |
| Marineland Series victim payable to:<br>Carol L. Hepburn in trust for "Sarah"<br>200 First Avenue West, Suite 550<br>Seattle, Washington 98119 | $2,500.00 |
| Cindy series victim payable to:<br>Cusak, Gilfillan & O'Day, LLC in trust for "Cindy"<br>415 Hamilton Boulevard<br>Peoria, Illinois 61602 | $2,000.00 |
| **Total Due from Defendant** | **$18,000.00** |